**BOIES SCHILLER FLEXNER LLP**
Joshua I. Schiller (SBN 330653)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:  (415) 293-6800
jischiller@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
Robert D. Gordon (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2372
rgordon@bsfllp.com

*Attorneys for Alleged Debtor The Fay San Jose, LLC*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE FAY SAN JOSE, LLC,<br><br>       Alleged Debtor. | Case No. 5:25-BK-51774 SLJ<br><br>**Chapter 7**<br><br>**THE FAY SAN JOSE, LLC'S MOTION FOR ATTORNEYS' FEES, COSTS, AND PUNITIVE DAMAGES**<br><br>Judge:      Hon. Stephen L. Johnson<br>Date:       March 31, 2026<br>Time:       2:00 p.m.<br>Location:  Hybrid Hearing |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Alleged Debtor The Fay San Jose, LLC hereby moves for an award of attorneys' fees, costs, and punitive damages pursuant to 11 U.S.C. § 303(i) following this Court's dismissal of the involuntary Chapter 7 petition filed by Petitioner Suffolk Construction Company, Inc.

This Motion is further based upon the concurrently filed Memorandum of Points and Authorities and the Declaration of Joshua I. Schiller and attached exhibits, as well as the filings of

1

Case: 25-51774    Doc# 52    Filed: 02/20/26    Entered: 02/20/26 10:48:38    Page 1 of 2

record made before the Court and evidence to be presented at the hearing on this Motion, if any.

Dated: February 20, 2026

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: ___/s/ Joshua I. Schiller___
       Joshua I. Schiller

Joshua I. Schiller (SBN 330653)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
jischiller@bsfllp.com

Robert D. Gordon (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2372
rgordon@bsfllp.com

*Attorneys for Alleged Debtor The Fay
San Jose, LLC*

Case: 25-51774    Doc# 52    Filed: 02/20/26    Entered: 02/20/26 10:48:38    Page 2 of 2

THE FAY SAN JOSE LLC'S MOTION FOR ATTORNEYS' COSTS AND PUNITIVE DAMAGES
Case No. 5:25-BK-51774