**BOIES SCHILLER FLEXNER LLP**
Joshua I. Schiller (SBN 330653)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
jischiller@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
Robert D. Gordon (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2372
rgordon@bsfllp.com

*Attorneys for Alleged Debtor The Fay San Jose, LLC*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE FAY SAN JOSE, LLC,<br><br>          Alleged Debtor. | Case No. 5:25-BK-51774 SLJ<br><br>**Chapter 7**<br><br>**DECLARATION OF JOSHUA I. SCHILLER IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS, AND PUNITIVE DAMAGES**<br><br>Judge:     Hon. Stephen L. Johnson<br>Date:      March 31, 2026<br>Time:      2:00 p.m.<br>Location:  Hybrid Hearing |

I, Joshua I. Schiller, declare that:

1. I am a partner at Boies Schiller Flexner LLP and counsel for The Fay San Jose, LLC ("**The Fay**"), the alleged debtor in the above-captioned and dismissed involuntary Chapter 7 case. I submit this declaration in support of The Fay's motion for attorneys' fees, costs, and punitive damages pursuant to 11 U.S.C. § 303(i) (the "**Motion**").

2. On Friday, January 22, 2026, the Court entered its Order Granting The Fay's Motion to Dismiss (the "Order"). The Order directed the parties to confer regarding The Fay's request for

-1-

Case: 25-51774   Doc# 55   Filed: 02/20/26   Entered: 02/20/26 11:46:53   Page 1 of 3

attorneys' fees, costs, and damages. In accordance with the Order, counsel for The Fay met and conferred with counsel for Suffolk on Sunday, January 25, 2026. During that meeting, The Fay's counsel provided an estimate of the amount of attorneys' fees and costs that The Fay had incurred in connection with this matter. Suffolk's counsel stated that Suffolk was considering taking action to halt the foreclosure sale of The Fay's property, which was scheduled for Wednesday, January 28, 2026.

3. As of Tuesday, January 27, 2026, Suffolk's counsel had not provided additional information regarding any emergency relief it might seek. Accordingly, that day I emailed Suffolk's counsel stating, in relevant part: "Please apprise us today of any emergency actions, such as a TRO or other interim relief, that Suffolk intends to take. It will take me at least two hours to get to court in San Jose I need sufficient and proper notice assuming you are seeking interim relief. As you know, adequate notice is required before seeking interim relief ex parte."

4. Suffolk's counsel did not respond to my email. Although the foreclosure sale ultimately proceeded as scheduled on January 28, 2026, the uncertainty regarding Suffolk's intentions required The Fay's counsel to devote additional time and resources to contingency planning.

5. On February 6, 2025, counsel for The Fay and counsel for Suffolk met and conferred for a second time regarding The Fay's request for attorneys' fees, costs, and damages. During that meeting, counsel for The Fay provided the amount of fees and costs incurred to date and explained the bases for the anticipated motion. Counsel for The Fay thereafter followed up with Suffolk's counsel on two occasions in an effort to reach agreement and avoid burdening the Court with a motion. Suffolk's counsel did not provide a substantive response to The Fay's compromise proposals until February 13, 2025, when Suffolk offered to pay zero dollars to The Fay and, in exchange, dismiss its (meritless) appeal of the Order.

6. The exhibits referenced in the Motion and attached hereto are true and correct to the best of my knowledge. Below is a list of the exhibits:

**Document**

| | |
|---|---|
| **Exhibit 1** | Letter from Joshua I. Schiller to John Foust, Tobias Keller, and Dara Levinson Silveira, dated December 15, 2025 |

-2-
DECLARATION OF JOSHUA I. SCHILLER
Case No. 5:25-BK-51774 SL3

**Exhibit 2**   Letter from Dara Levinson Silveira to Joshua I. Schiller, dated December 19, 2025

**Exhibit 3**   Spreadsheet of attorneys' fees and costs of Boies Schiller Flexner LLP for legal services rendered on this matter through February 5, 2026. The spreadsheet reflects the true and correct time entries and costs incurred on this matter and has been organized in chronological order for the Court's convenience and ease of reading.

**Exhibit 4**   "About" section of Suffolk Construction Co.'s public LinkedIn page, available at https://www.linkedin.com/company/suffolk-construction/

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  San Francisco, CA, February 20, 2026.

*/s/ Joshua I. Schiller*
JOSHUA I. SCHILLER

DECLARATION OF JOSHUA I. SCHILLER
Case No.5:25-BK-51774 SLJ

Case: 25-51774    Doc# 55    Filed: 02/20/26    Entered: 02/20/26 11:46:53    Page 3 of 3